# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Santiago Abreu, | No. CV-16-1440-PHX-DKD |
| Plaintiff, | |
| v. | **ORDER** |
| Natale Bistro Incorporated, et al., | |
| Defendants. | |

The Court having received the Stipulation for Dismissal with Prejudice filed by Plaintiff Santiago Abreu, and Defendant, Natale Bistro, Inc. (Doc. 16), and upon good cause appearing,

**IT IS HEREBY ORDERED** dismissing the Complaint and this lawsuit in its entirety, with prejudice, each party to bear their own attorneys' fees and costs.

**IT IS FURTHER ORDERED** vacating the order to show cause hearing currently set for January 26, 2017.

Dated this 19th day of January, 2017.

_____
David K. Duncan
United States Magistrate Judge